U. S. 469, 475–476 (1948); *Boyd* v. *United States*, 142 U. S. 450, 458 (1892). There is certainly no basis for concluding beyond a reasonable doubt that the jury would have sentenced petitioner to death had it not been informed of his prior convictions. See *Chapman* v. *California*, 386 U. S. 18, 24 (1967).

I therefore dissent.

No. 81–2040. MOORE *v.* MOORE, *ante*, p. 878;

No. 81–2364. GEE *v.* GEE ET AL., *ante*, p. 838;

No. 81–2410. GEE *v.* GEE, *ante*, p. 840;

No. 81–2411. GEE *v.* DAWSON ET AL., *ante*, p. 840;

No. 81–5634. TISON *v.* ARIZONA (two cases), *ante*, p. 882;

No. 81–6660. NEWLON *v.* MISSOURI, *ante*, p. 884;

No. 81–6796. WILSON *v.* BROWN, WARDEN, ET AL., *ante*, p. 846;

No. 81–6822. LORENTZEN *v.* TRUSTEES OF BOSTON COLLEGE ET AL., *ante*, p. 847;

No. 81–6855. MARTINEZ *v.* HARRIS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL., *ante*, p. 849;

No. 81–6884. MARTIN *v.* SAMPLE ET AL., *ante*, p. 850;

No. 81–6917. HANSON *v.* UNITED STATES, *ante*, p. 805;

No. 82–5033. PHILSON *v.* UNITED STATES, *ante*, p. 911;

No. 82–5184. IN RE VELILLA, *ante*, p. 819;

No. 82–5230. TOSON *v.* ANDALE CO. ET AL., *ante*, p. 913;

No. 82–5235. STONEMAN *v.* AURELIUS, *ante*, p. 913;

No. 82–5255. BULLOCK *v.* NATIONAL RAILROAD ADJUSTMENT BOARD ET AL., *ante*, p. 913;

No. 82–5258. THIBODEAUX *v.* COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 876; and

No. 82–5337. MITCHELL *v.* MARYLAND, *ante*, p. 915. Petitions for rehearing denied.